ACCEPTED
15-25-00137-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/7/2026 5:06 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00137-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/7/2026 5:06:46 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF
TEXAS AT AUSTIN

**RIVERSIDE STRATEGIC CAPITAL FUND I, LP, RSCF BLOCKER TRUE
HEALTH, LLC, AND RSCF I-A BLOCKER TRUE HEALTH, LLC,**
*Appellants*,

**v.**

**CLG INVESTMENTS, LLC, ET AL.,**
*APPELLEES*.

On Appeal from the Business Court of Texas, First Division
(1B) Hon. Bill Whitehill, Presiding; Cause No. 25-BC01B-
0006

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

Appellees CLG Investments, LLC, Christopher Grottenthaler, Covert

Investment Operations, LLC, True Health Diagnostic Management, LLC, Richard

Covert, Timothy Tatarowicz, Alba Durata, LLC, Melinda Milburn, Jack Novak,

Dana Hovind, Tom Wippman, Mark Thomas Smith, Alexandra Nettesheim, Kyle

Nettesheim, Robert Osterhoff, RJ Investments, Matt Milburn, Michael Clements,

Michael Osterhoff, Karen Miller, Edward McCann, Daniel Grottenthaler, Anita

Grottenthaler, Christian Richards, Christopher Kling, Kevin Nellis, Carol Nellis,

Bruce Zivian, Ryan Nellis, and Ancelmo E. Lopes (the "Remaining Appellees"),

1

file this unopposed motion for a 31-day extension of time to file their Brief of Appellees, and respectfully show the Court as follows:

## DUE DATE

The current deadline for filing the Brief of Appellees for the Remaining Appellees is January 9, 2026. No previous extension has been sought by the Remaining Appellees regarding this brief. The Remaining Appellees seek a 31-day extension until Monday, February 9, 2026, to file their Brief of Appellees.[1]

## REASONS FOR EXTENSION OF TIME

Fernando De Leon, LCG Ventures, LLC, LCG Venture II, LCG, and Leon Capital Partners, LLC (the "LCG Appellees") previously filed for and received an extension until February 9, 2026. Counsel for the Remaining Appellees mistakenly believed the extension applied to all Appellees. Appellants and Appellees agree that a uniform briefing schedule benefits all parties and would prefer that all Appellees file a responsive brief on the same date.

Additionally, the Remaining Appellees' counsel has been involved in other matters and matters with deadlines quickly approaching. In particular:

- Oral Argument in the Fifth Circuit Court of Appeals on January 8, 2026 in Case Number 25-10572, *Ayers v. Neugebauer*.

- Responding to a Motion for New Trial on January 4, 2026 in the Cause No. 21-6505-442, *Pedestal SVN Investments, LLC v. SVN Med, LLC et al.*,

---

[1] The Remaining Appellees seek a 31-day extension because a 30-day extension places the deadline on Sunday, February 8, 2026

2

before the 442nd District Court of Denton County, Texas.

- Preparing for a February 2026 jury trial setting including numerous pretrial filings in Case No. 20-000409-CA, *Tower Hill Signature Ins. Co. v. SFR Services, LLC, et al.*, pending before the 19th Judicial Circuit Court of Martin County, Florida.

- Preparing for a February 2, 2026 jury trial setting in Case No. 23-CF-000937, *State of Florida v. McGraw*, pending before the 20th Judicial Circuit Court of Lee County, Florida.

### EXTENSION SOUGHT IN THE INTEREST OF JUSTICE

This extension is not sought for the purpose of delay but in the interest of justice, to allow the Remaining Appellees to fully brief the issues to the Court, with all parties filing briefs on the same schedule.

### APPELLANTS DO NOT OPPOSE THIS MOTION

Counsel for Appellants do not oppose this motion for extension of time.

For these reasons, the Remaining Appellees respectfully request that the Court grant this motion and extend the deadline for filing the Remaining Appellees' Brief of Appellees by 31 days, up to and including February 9, 2026.

Dated: January 7, 2026.                    Respectfully submitted,


                                   */s/ Ryan Downton*
                                        Ryan Downton
                                        **THE TEXAS TRIAL GROUP**
                                        Texas Bar No. 24036500
                                        875 Carr 693, Ste. 103
                                        Dorado, PR 00646
                                        Phone: 512-680-7947
                                        Ryan@TheTexasTrialGroup.com
                                        *Ryan Downton is licensed in Texas, not

3

Puerto Rico

**ATTORNEYS FOR REMAINING
APPELLEES**

### CERTIFICATE OF CONFERENCE

I certify that on January 6, 2025, counsel for Remaining Appellees conferred with Lane Webster, counsel for Appellants, regarding the extension requested herein. Mr. Webster stated that Appellants do not oppose the relief requested in this motion.

*/s/ Ryan Downton*
Ryan Downton

### CERTIFICATE OF SERVICE

I certify that on January 7, 2026, a true and correct copy of the foregoing instrument was served via e-filing on all counsel of record.

*/s/ Ryan Downton*
Ryan Downton

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ryan Downton on behalf of Ryan Downton
Bar No. 24036500
ryan@thetexastrialgroup.com
Envelope ID: 109784902
Filing Code Description: Motion
Filing Description: Motion for Extension of Time
Status as of 1/8/2026 7:05 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| LaDawn Nandrasy | 4715800 | ladawn.nandrasy@wickphillips.com | 1/7/2026 5:06:46 PM | SENT |
| Sean Lemoine | | sean.lemoine@wickphillips.com | 1/7/2026 5:06:46 PM | SENT |
| Rashella Widdoes - Paralegal | | widdoes@RoggeDunnGroup.com | 1/7/2026 5:06:46 PM | SENT |
| Colin PBenton | | colin.benton@wickphillips.com | 1/7/2026 5:06:46 PM | SENT |
| Lanette Fidone | | lanette.fidone@wickphillips.com | 1/7/2026 5:06:46 PM | SENT |
| Samantha Tandy | | samantha.tandy@wickphillips.com | 1/7/2026 5:06:46 PM | SENT |
| Zachary Farrar | | Zachary.Farrar@wickphillips.com | 1/7/2026 5:06:46 PM | SENT |
| Harvey Joseph | | Joseph@roggedunngroup.com | 1/7/2026 5:06:46 PM | SENT |
| Karina Enriquez | | karina.enriquez@wickphillips.com | 1/7/2026 5:06:46 PM | SENT |
| Lane Webster | | webster@RoggeDunnGroup.com | 1/7/2026 5:06:46 PM | SENT |
| Rogge Dunn | | dunn@roggedunngroup.com | 1/7/2026 5:06:46 PM | SENT |
| Barb Morgan | | barb.morgan@wickphillips.com | 1/7/2026 5:06:46 PM | SENT |

Associated Case Party: Riverside Strategic Capital Fund I, L.P., RSCF Blocker True Health, LLC, RSCF I-A Blocker True Health, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Adam Gogolak | | AMGogolak@wlrk.com | 1/7/2026 5:06:46 PM | SENT |
| William Savitt | | WDSavitt@wlrk.com | 1/7/2026 5:06:46 PM | SENT |
| Michael Avi-Yonah | | MSAviYonah@wlrk.com | 1/7/2026 5:06:46 PM | SENT |